UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

TAVA JERMAINE JACOBS,

        Petitioner,              Case No. 1:20-cv-609

v.                                  Honorable Paul L. Maloney

O'BELL THOMAS WINN,

        Respondent.
_____/

## ORDER TO STAY

      This is a habeas corpus action filed by a state prisoner under 28 U.S.C. § 2254. In accordance with this Court's opinion,

      **IT IS ORDERED** that Petitioner shall have thirty (30) days from the date of this order in which to file a motion for relief from judgment in the Ingham County Circuit Court setting forth any unexhausted claims that he intends to pursue in his habeas petition.

      **IT IS FURTHER ORDERED** that Petitioner's action is hereby stayed until Petitioner files a motion to amend his petition to include any subsequently exhausted claims. Such motion must be filed not later than 30 days after a final decision by the Michigan Supreme Court on Petitioner's unexhausted claims and shall include a description of the newly exhausted claims and the dates and substance of decision at each step of state-court review.

      **IT IS FURTHER ORDERED** that if Petitioner fails to comply with the deadlines imposed in this order, the Court may dismiss the petition.

      **IT IS FURTHER ORDERED** that Petitioner shall advise the Court of any change of address occurring during the pendency of the stay.

**IT IS FURTHER ORDERED** that this case shall be administratively closed until such time as Petitioner files a motion to amend his petition in accordance with the procedures set forth in this order.

Dated:   August 10, 2020              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge